MORRIS COHN, Plaintiff, v. DRY DOCK BUILDING AND LUMBER CORPORATION and AMBOY HOMES CORPORATION and Others, Defendants. DONIN PLUMBING CONTRACTING COMPANY, INC., Appellant, v. AMBOY HOMES CORPORATION, Respondent. ELMHURST LUMBER AND TRIM COMPANY and Others, Defendants; PIERCE, BUTLER AND PIERCE MANUFACTURING CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the June term (for which term the case is set down) and be ready for argument

when reached, and upon the further condition that appellants pay respondent fifty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.